### YEALES ag<sup>t</sup> BURNEL

Timothy Yeales plaint. ag<sup>t</sup> Sam<sup>ll</sup> Burnell Defend<sup>t</sup> in an action of the case for witholding the Summe of Forty seven pounds ten Shillings in mony due by covenant as will more fully appeare by the s<sup>d</sup> Covenant & other due damages according to attachm<sup>t</sup> dat. Octob<sup>r</sup> 21° 1675. . . . The Jury . . . founde for the plaint. Forty seven pounds ten Shillings in mony & costs of Court thirty one Shillings six pence.

### ORCHARD ag<sup>t</sup> CURTIS

Robert Orchard plaint. ag<sup>t</sup> Ephraim Curtis Defend<sup>t</sup> in an action of debt of ten pounds due by bill & all due damages according to attachm<sup>t</sup> dat. Octob<sup>r</sup> 13° 1675. . . . [**350**] The Jury . . . founde for the plaint. ten pounds according to bill & costs of Court twenty Six Shillings six pence.

Execucion issued x<sup>br</sup> 30. 1675.